IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA AMBROCIO | : | CIVIL ACTION |
| | : | |
| vs. | | |
| | : | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | : | NO: 17-5783 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby Stipulated among the parties, by and through their undersigned counsel, that Plaintiff, Lisa Ambrocio, hereby voluntarily dismisses Defendant, The Prudential Insurance Company of America, with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and without an award of attorneys' fees or costs to either party in this or any subsequently filed matter.

NEFF AND ASSOCIATES

By: _____
Bruce L. Neff, Esquire
Two Penn Center Plaza, Suite 1212
15th Street & JFK Boulevard
Philadelphia, PA 19102
Telephone: 215-564-3331
Attorney for Plaintiff

Date: 8/28/19

CONRAD O'BRIEN, P.C.

By: _____
Nicholas M. Centrella, Esquire
1500 Market Street, Suite 3900
Philadelphia, Pennsylvania 19102
Telephone: 215-864-8098
Attorney for Defendant

Date: 9/4/19